**DISMISS and Opinion Filed March 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00884-CR
No. 05-12-00885-CR

**JOHN JERONTON POGUE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-12-238, 2-11-437**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeals. The motion is signed by appellant's counsel and is accompanied by a letter signed by appellant indicating he no longer wishes to appeal the cases. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance.[1] *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
120884F.U05

---

[1] This dismissal does not affect cause no. 05-12-00883-CR, *Pogue v. State*, which remains pending before the Court.